People v Jimenez-Colon (2025 NY Slip Op 03748)

People v Jimenez-Colon

2025 NY Slip Op 03748

Decided on June 18, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 18, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

HECTOR D. LASALLE, P.J.
MARK C. DILLON
LINDA CHRISTOPHER
CARL J. LANDICINO, JJ.

2024-09741

[*1]The People of the State of New York, respondent,
v
Ethan Jimenez-Colon, appellant.

James D. Licata, New City, NY (Samuel Coe of counsel), for appellant.
Thomas E. Walsh II, District Attorney, New City, NY (Kerianne Morrissey of counsel), for respondent.

DECISION & ORDER
Appeal by the defendant from an order of the County Court, Rockland County (Anne Bianchi, J.), dated September 4, 2024, which, after a hearing, designated him a level two sex offender pursuant to Correction Law article 6-C.
ORDERED that the order is affirmed, without costs or disbursements.
The defendant appeals from an order designing him a level two sex offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), contending only that the County Court should not have assessed him 15 points under risk factor 11 of the risk assessment instrument for having a history of drug and alcohol abuse.
Contrary to the defendant's contention, the People established that he had a history of drug and alcohol abuse by clear and convincing evidence, including his admissions in presentence interviews, his receipt of two disciplinary violations while incarcerated for positive urinalysis tests, and his treatment for alcohol and substance abuse (see People v Miles, 232 AD3d 917, 918; People v Vasquez, 197 AD3d 1185, 1186; People v Yglesias, 180 AD3d 821, 822).
Accordingly, the County Court properly designated the defendant a level two sex offender.
LASALLE, P.J., DILLON, CHRISTOPHER and LANDICINO, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court